Platt
297

## INFORMATION SHEET

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★   MAY 03 2006   ★

LONG ISLAND OFFICE

1. Title of Case: United States v. RAUL CUEVAS

2. Related Magistrate Docket Number(s)

   None (X)

CR 06 297

PLATT, J.

3. Arrest Date: _____

4. Nature of offense(s):  (X) Felony
                           ( ) Misdemeanor

5. Related Civil or Criminal Cases - Title and Docket No(s). (Pursuant to Rule 50.3 of the Local E.D.N.Y. Division of Business Rules): US v RALPH MARTINO, 02 CR 1469 (TCP)

6. Projected Length of Trial:   Less than 6 weeks (X)
                                 More than 6 weeks ( )

7. County in which crime was allegedly committed: SUFFOLK / NY
   (Pursuant to Rule 50.1(d) of the Local E.D.N.Y. Division of Business Rules)

8. Has this indictment been ordered sealed?              ( ) Yes  (X) No

9. Have arrest warrants been ordered?                    ( ) Yes  (X) No

10. Is a capital count included in the indictment?       ( ) Yes  (X) No

ROSLYNN R. MAUSKOPF
UNITED STATES ATTORNEY

By: _____
Burton T. Ryan, Jr.
Assistant U.S. Attorney
631-715-7853

Rev. 10/01/03