CR 06 297

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ MAY 03 2006 ★

LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------

UNITED STATES OF AMERICA

- v. -

DOMINGO GONZALEZ,
    a/k/a "El Viejo,"
    a/k/a "Chepo,"
TOMAS LOPEZ,
    a/k/a "Pedro,"
    a/k/a "Engineer,"
    a/k/a "Montanero,"
EDUARDO ALVAREZ,
    a/k/a "Cocho,"
    a/k/a "El Negro,"
EUGENIO MORENO,
    a/k/a "Guarjiro,"
RAUL CUEVAS,
    a/k/a "Ruly,"
GERARDO SOSA,
    a/k/a "Pedro Conceicao,"
    a/k/a "Cici,"
DINIEL MEDINA,
    a/k/a "Gordo,"
JOSE ANTONIO RODRIGUEZ,
HERMAN MENDEZ, JR.,
    a/k/a "The Widower,"
JONATHON GARZA-SANCHEZ,
CESAR ANDRIAN ARIZPE RIOS,
RAMON CURBELO,
MARIA ISABEL AGUDELO,
SARAH SOLANO,
    a/k/a "Mona,"
MARELIND ALMANZA,
CARLOS FRANCO VALLEJO,
    a/k/a "El Tio,"
    a/k/a "Carlos Uribe," and
LUIS SANCHEZ,

                    Defendants.

------------------------------

INDICTMENT

S4 05 Cr 99 (SHS)

PLATT, J.

A TRUE COPY
UNITED STATES MAGISTRATE
FOR THE SOUTHERN DISTRICT OF N.Y.
_____ DEPUTY CLERK

## COUNT ONE

The Grand Jury charges:

1. In or about November 2004, up to and including in or about January 2005, in the Southern District of New York and elsewhere, DOMINGO GONZALEZ, a/k/a "El Viejo," a/k/a "Chepo," TOMAS LOPEZ, a/k/a "Pedro," a/k/a "Engineer," a/k/a "Montanero," EDUARDO ALVAREZ, a/k/a "Cocho," a/k/a "El Negro," EUGENIO MORENO, a/k/a "Guajiro," RAUL CUEVAS, a/k/a "Ruly," GERARDO SOSA, a/k/a "Pedro Conceicao," a/k/a "Cici," DINIEL MEDINA, a/k/a "Gordo," JOSE ANTONIO RODRIGUEZ, HERMAN MENDEZ, JR., a/k/a "The Widower," JONATHON GARZA-SANCHEZ, CESAR ANDRIAN ARIZPE RIOS, RAMON CURBELO, MARIA ISABEL AGUDELO, SARAH SOLANO, a/k/a "Mona," MARELIND ALMANZA, CARLOS FRANCO VALLEJO, a/k/a "El Tio," a/k/a "Carlos Uribe," and LUIS SANCHEZ, the defendants, and others known and unknown, unlawfully, intentionally, and knowingly did combine, conspire, confederate and agree together and with each other to violate the narcotics laws of the United States.

2. It was a part and object of said conspiracy that DOMINGO GONZALEZ, a/k/a "El Viejo," a/k/a "Chepo," TOMAS LOPEZ, a/k/a "Pedro," a/k/a "Engineer," a/k/a "Montanero," EDUARDO ALVAREZ, a/k/a "Cocho," a/k/a "El Negro," EUGENIO MORENO, a/k/a "Guajiro," RAUL CUEVAS, a/k/a "Ruly," GERARDO SOSA, a/k/a "Pedro Conceicao," a/k/a "Cici," DINIEL MEDINA, a/k/a "Gordo," JOSE ANTONIO RODRIGUEZ, HERMAN MENDEZ, JR., a/k/a "The Widower," JONATHON GARZA-SANCHEZ, CESAR ANDRIAN ARIZPE RIOS, RAMON CURBELO,

2

MARIA ISABEL AGUDELO, SARAH SOLANO, a/k/a "Mona," MARELIND ALMANZA, CARLOS FRANCO VALLEJO, a/k/a "El Tio," a/k/a "Carlos Uribe," and LUIS SANCHEZ, the defendants, and others known and unknown, unlawfully, intentionally, and knowingly would and did distribute and possess with intent to distribute a controlled substance, to wit, 5 kilograms and more, and with a total amount in excess of approximately 150 kilograms, of mixtures and substances containing a detectable amount of cocaine, in violation of Sections 812, 841(a)(1) and 841(b)(1)(A) of Title 21 of the United States Code.

Overt Acts

3.   In furtherance of the conspiracy and to effect the illegal object thereof, the following overt acts, among others, were committed in the Southern District of New York and elsewhere:

a.   On or about December 2, 2004, MARIA ISABEL AGUDELO, the defendant, spoke on the telephone regarding a narcotics debt.

b.   On or about December 10, 2004, GERARDO SOSA, a/k/a "Pedro Conceicao," a/k/a "Cici," the defendant, spoke on the telephone regarding a narcotics debt.

c.   On or about December 14, 2004, SARAH SOLANO, a/k/a "Mona," and TOMAS LOPEZ, a/k/a "Pedro," a/k/a "Engineer," a/k/a "Montanero," the defendants, possessed approximately $2,000 in United States currency.

d. On or about December 17, 2004, DOMINGO GONZALEZ, a/k/a "El Viejo," a/k/a "Chepo," the defendant spoke on the telephone with EUGENIO MORENO, a/k/a "Guajiro," the defendant, regarding a narcotics transaction.

e. On or about December 17, 2004, DINIEL MEDINA, a/k/a "Gordo," the defendant, spoke on the telephone concerning a narcotics transaction.

f. On or about December 18, 2004, CARLOS FRANCO VALLEJO, a/k/a "El Tio," a/k/a "Carlos Uribe," the defendant, spoke on the telephone concerning a narcotics transaction.

g. On or about December 23, 2004, MARELIND ALMANZA, the defendant, possessed narcotics proceeds in the form of United States currency.

h. On or about January 4, 2005, DINIEL MEDINA, a/k/a "Gordo," the defendant, spoke on the telephone concerning a narcotics transaction.

i. On or about January 5, 2005, MARELIND ALMANZA, the defendant, possessed narcotics proceeds in the form of United States currency.

j. On or about January 11, 2005, RAUL CUEVAS, a/k/a "Ruly," spoke on the telephone concerning a narcotics transaction.

k. On or about January 16, 2005, HERMAN MENDEZ, JR., a/k/a "The Widower," and LUIS SANCHEZ, the defendants, possessed approximately 120 kilograms of cocaine in Houston,

4

Texas.

    l.    On or about January 20, 2005, TOMAS LOPEZ, a/k/a "Pedro," a/k/a "Engineer," a/k/a "Montanero," the defendant, spoke on the telephone concerning a narcotics transaction.

    m.    On or about January 20, 2005, HERMAN MENDEZ, JR., a/k/a "The Widower," JONATHAN GARZA-SANCHEZ, and CESAR ANDRIAN ARIZPE RIOS, the defendants, possessed approximately 55 kilograms of cocaine in Houston, Texas.

    n.    On or about January 21, 2005, EDUARDO ALVAREZ, a/k/a "Cocho," a/k/a "El Negro," the defendant, possessed approximately 175 kilograms of cocaine in Houston, Texas.

    o.    On or about January 21, 2005, JOSE ANTONIO RODRIGUEZ, the defendant, spoke on the telephone concerning a narcotics transaction.

    p.    On or about January 21, 2005, RAMON CURBELO, the defendant, spoke on the telephone concerning a narcotics transaction.

    q.    On or about January 23, 2005, JONATHAN GARZA-SANCHEZ and CESAR ANDRIAN ARIZPE RIOS, the defendants, possessed approximately $225,000 in United States currency.

    r.    On or about January 24, 2005, EUGENIO MORENO, a/k/a "Guajiro," the defendant, possessed approximately 175 kilograms of cocaine in Perryville, New Jersey.

    (Title 21, United States Code, Section 846.)

## FORFEITURE ALLEGATIONS AS TO COUNT ONE

6. As a result of committing one or more of the controlled substance offenses alleged in Count One of this Indictment, DOMINGO GONZALEZ, a/k/a "El Viejo," a/k/a "Chepo," TOMAS LOPEZ, a/k/a "Pedro," a/k/a "Engineer," a/k/a "Montanero," EDUARDO ALVAREZ, a/k/a "Cocho," a/k/a "El Negro," EUGENIO MORENO, a/k/a "Guajiro," RAUL CUEVAS, a/k/a "Ruly," GERARDO SOSA, a/k/a "Pedro Conceicao," a/k/a "Cici," DINIEL MEDINA, a/k/a "Gordo," JOSE ANTONIO RODRIGUEZ, HERMAN MENDEZ, JR., a/k/a "The Widower," JONATHON GARZA-SANCHEZ, CESAR ANDRIAN ARIZPE RIOS, RAMON CURBELO, MARIA ISABEL AGUDELO, SARAH SOLANO, a/k/a "Mona," MARELIND ALMANZA, CARLOS FRANCO VALLEJO, a/k/a "El Tio," a/k/a "Carlos Uribe," and LUIS SANCHEZ, the defendants, shall forfeit to the United States pursuant to 21 U.S.C. § 853, any and all property constituting or derived from any proceeds the said defendants obtained directly or indirectly as a result of the said violation and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violation alleged in Count One of this Indictment, including but not limited to the following:

    a. A sum of money equal to $5,000,000 in United States currency, representing the amount of proceeds obtained as a result of the offenses described in Count One of this Indictment.

    b. A sum of money equal to $225,000 in United States currency, in that such sum constitutes or is derived,

6

directly or indirectly, from proceeds traceable to the commission of the offenses described in Count One of this Indictment.

      7.    If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

      a.    cannot be located upon the exercise of due diligence;

      b.    has been transferred or sold to, or deposited with, a third person;

      c.    has been placed beyond the jurisdiction of the Court;

      d.    has been substantially diminished in value; or

      e.    has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property.

(Title 21, United States Code, Sections 841(a)(1) and 853.)

_____ 5/26/05     _____
FOREPERSON                                      DAVID N. KELLEY
                                                       United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

DOMINGO GONZALEZ,
a/k/a "El Viejo,"
a/k/a "Chepo,"
TOMAS LOPEZ,
a/k/a "Pedro,"
a/k/a "Engineer,"
a/k/a "Montanero,"
EDUARDO ALVAREZ,
a/k/a "Cocho,"
a/k/a "El Negro,"
EUGENIO MORENO,
a/k/a "Guajiro,"
RAUL CUEVAS,
a/k/a "Ruly,"
GERARDO SOSA,
a/k/a "Pedro Conceicao,"
a/k/a "Cici,"
DINIEL MEDINA,
a/k/a "Gordo,"
JOSE ANTONIO RODRIGUEZ,
HERMAN MENDEZ, JR.,
a/k/a "The Widower,"
JONATHON GARZA-SANCHEZ,
CESAR ANDRIAN ARIZPE RIOS,
RAMON CURBELO,
MARIA ISABEL AGUDELO,
SARAH SOLANO,
a/k/a "Mona,"
MARELIND ALMANZA,
CARLOS FRANCO VALLEJO,
a/k/a "El Tio,"
a/k/a "Carlos Uribe," and
LUIS SANCHEZ,

Defendants.

SUPERSEDING INDICTMENT

S4 05 Cr. 99 (SHS)

(Title 21, United States Code, Section 846.)

DAVID N. KELLEY
United States Attorney.

A TRUE BILL

_____   5/26/05
Foreperson.