*Called On:* June 23, 2006
*At: 10:00 (Duration: 10min)*
*Before: Platt, USDJ*
*United States District Court*
*Eastern District of New York*
*Central Islip*

# CRIMINAL CAUSE FOR CONFERENCE

**CASE NUMBER:**         2006CR 297

**CASE NAME:**                             USA  -v-      RAUL CUEVAS

**APPEARANCES BY:**           **AUSA - Burton Ryan)**
                              **James Moriarty**

**COURT REPORTER:**        **Harry Rapaport**

_____**\*\*the parties are to communicate directly with the court reporter to obtain a copy of the transcript.  Do not call chambers\*\***

*NEXT DATE SET FOR:* *7/28/06 at 9:30 a.m.*

- ♦        **DISCUSSION:**     *Defendant's first appearance on the Rule 20 transfer.  Parties engaged in plea negotiations.  Waiver executed.*

N:\PLATT DOCS\CASE FOLDERS\2006\06-297 cnf cuevas.wpd